**Raheem L. JONES, Plaintiff-Appellant,**

**v.**

**Lieutenant CURRY, Lieutenant/Building Supervisor; Lieutenant Dyson, Lieutenant/Building Supervisor; Lieutenant Griffen, Lieutenant/Building Supervisor; Correctional Officer Benz, Pod Officer; Correctional Officer Hudson, Pod Officer; Correctional Officer Latif, Pod Officer; Correctional Officer Myrick, Pod Officer; Lieutenant Allen, Lieutenant/Building Supervisor; Ms. Witt, Grievance Coordinator; Grant, Unit Manager; Tameka Jones, Building Counselor; Ms. Wil-**

---

liam, Mental Health Counselor; Nurse Marland, Medical Department; Nurse Thigpen, Medical Department; Nurse Thweatt, Medical Department, Defendants-Appellees.

No. 18-6077

United States Court of Appeals, Fourth Circuit.

Submitted: March 13, 2018

Decided: March 16, 2018

Raheem L. Jones, Appellant Pro Se.

Before NIEMEYER, KING, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raheem L. Jones appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint as barred by the applicable statute of limitations. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jones v. Curry*, No. 1:17-cv-01216-TSE-MSN (E.D. Va. Dec. 21, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*